# United States Bankruptcy Court
## District of Colorado

In re: Premier Landscaping Contractors, LLC
Debtor(s)

Case No.
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Premier Landscaping Contractors, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☐ None [*Check if applicable*]

April 16, 2024
Date

/s/ Jennifer Hagen
Jennifer Hagen
Signature of Attorney or Litigant
Counsel for Premier Landscaping Contractors, LLC
HagenLaw LLC dba Jennifer M Hagen Attorney at Law
P O Box 140153
Edgewater, CO 80214
(720) 296-7133  Fax:
jmhagenlaw@gmail.com