RECORD OF PROCEEDINGS

COMBINED CONSENT TO ACTION IN LIEU OF A SPECIAL MEETING

OF THE MEMBER OF PREMIER LANDSCAPING CONTRACTORS, LLC.

Premier Landscaping Contractors, LLC., without formal meeting and in lieu of a special meeting, hereby evidences its consent to the following combined action by it as of April 16, 2024, attested by the signatures affixed hereto, said action being pursuant to the provisions of Sections 7-4-122 and 7-5-108(3) Colorado Revised Statutes, as amended.

WHEREAS, the Member believes it to be in the best interest of the Company to reorganize its business by filing a Chapter 11 Sub V petition, it is therefore,

Corp\6
9/8/93

# RECORD OF PROCEEDINGS

RESOLVED, that Premier Landscaping Contractors, LLC. is authorized to file a Chapter 11, Sub V bankruptcy petition under 11 U.S.C. § 101 et. seq., to file a plan of reorganization and to take all other action related thereto.

This consent of the Member, when signed by the single Member of the Company, may be certified by any proper officer of the Company as having been adopted by a vote of the Member of the Company on the 16th day of April 16, 2024.

IN WITNESS WHEREOF, the undersigned Member has evidenced his approval of the above proceedings as of the date last mentioned above.

/s/ Anthony Taylor
Anthony Taylor, Owner

Corp\6
9/8/93